# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0559

VERSUS

DAVID PEEK

**AUGUST 23, 2024**

---

In Re:    David Peek, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 15-
          CR4-128943.

---

**BEFORE:    GUIDRY, C.J., MILLER AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              JMG
                              SMM
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT